UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Joshua Harris, | File No. 23-cv-426 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Adam Goldfine, Ramsey County, Ramsey County Public Defender's Office, | |
| Defendants. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on March 23, 2023. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. Plaintiff's application to proceed *in forma pauperis* [ECF No. 3] is **DENIED as moot**; and

3. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 2, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court